# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

July 21, 2026

Lyle W. Cayce
Clerk

No. 26-40091
Summary Calendar

———————

Jorge Amado Hernandez Cerrato,

*Petitioner—Appellant*,

*versus*

Alexander Sanchez; Bret Bradford, *Acting Field Office Director of the Houston Field Office, U.S. Immigration and Customs Enforcement*; Todd M. Lyons, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; Markwayne Mullin, *Secretary, U.S. Department of Homeland Security*; Todd Wallace Blanche, *Acting U.S. Attorney General*; Daren K. Margolin, *Director for Executive Office for Immigration Review*,

*Respondents—Appellees*.

———————————————————

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 9:25-CV-367

———————————————————

Before Wiener, Willett, and Wilson, *Circuit Judges*.

Per Curiam:[*]

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 26-40091

Jorge Amado Hernandez Cerrato, a native and citizen of Honduras, appeals the district court's denial of the 28 U.S.C. § 2241 petition he filed seeking release from detention and related injunctive and declaratory relief. We must always be cognizant of our jurisdiction and raise the issue sua sponte if warranted. *Mosley v. Cozby*, 813 F.2d 659, 660 (5th Cir. 1987). A case is moot, and this court has no jurisdiction over it, when no relief can be granted to the prevailing party. *United States v. Heredia-Holguin*, 823 F.3d 337, 340 (5th Cir. 2016) (en banc). Because Hernandez Cerrato has been removed from this country, the relief requested cannot be granted, and this appeal is DISMISSED AS MOOT.